# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In the Matter of: | In Bankruptcy: |
| **GAIL BURWELL,** | Case No. 18-47939-pjs<br>Chapter 7<br>Hon. Phillip J. Shefferly |
| Debtor | |

## STIPULATION FOR ENTRY OF JUDGMENT
## AUTHORIZING PARTITION SALE

Timothy J. Miller, Trustee and Robin Bow, hereby stipulate to entry of the attached Judgment authorizing a partition sale of real property pursuant to 11 U.S.C. §363(h).

AGREED:

| | |
|---|---|
| */s/ Robin Bow* | */s/ Kimberly Ross Clayson* |
| Robin Bow | CLAYSON, SCHNEIDER & MILLER, P.C. |
| 640 Calder Ave. | Kimberly Ross Clayson (P69804) |
| Ypsilanti, MI 48198 | 645 Griswold, Suite 3900 |
| | Detroit, MI 48226 |
| | (313) 237-0850 |
| | kim@detlegal.com |

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In the Matter of:

**GAIL BURWELL,**

      Debtor

In Bankruptcy:

Case No. 18-47939-pjs
Chapter 7
Hon. Phillip J. Shefferly

---

## JUDGMENT AUTHORIZING PARTITION
## SALE PURSUANT TO 11 U.S.C. §363(h)

**THIS MATTER** having come before the court by stipulation of Timothy J. Miller, Trustee and Robin Bow co-owner of real property located at 640 Calder Ave. Ypsilanti, MI (the "Property") and which is property of this bankruptcy estate,

**IT IS HEREBY ORDERED** that Judgment is entered authorizing the Trustee to sell the Property pursuant to 11 U.S.C. §363(h) subject to the Co-Owner's interest. The terms of a sale and employment and compensation of professionals in connection with any such sale remain subject to further order approving such terms.

**IT IS FURTHER ORDERED** that sale proceeds net of closing costs including a real estate broker's commission and other costs of any court approved sale shall be divided evenly between the co-owner and the Trustee.